UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

BRANDON PICHARDO JUAREZ,

      Petitioner,

  v.                                   CAUSE NO. 3:26cv42 DRL-SJF

WARDEN,

      Respondent.

## ORDER

The court previously granted the petition for a writ of habeas corpus and ordered the Warden to immediately release Brandon Pichardo Juarez from custody. The Warden has notified the court that he was released. Therefore, the court DIRECTS the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED.

March 9, 2026                            *s/ Damon R. Leichty*
                                      Judge, United States District Court